UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                                    :
IN THE MATTER OF COMPLAINT OF       :
HYDRO-MARINE CONSTRUCTION CO.,      :   Civil Action No. 13-3671 (FLW)
INC.,                               :   Civil Action No. 13-4904 (FLW)
                                    :         CONSOLIDATED
          Claimant,                 :
------------------------------------:
In Re: NORTHSTAR MARINE, INC.       :
                                    :            ORDER
          Plaintiff,                :
_____ :
```

**THIS MATTER** having been opened to the Court by James W. Johnson, Esq., counsel for Claimant/Plaintiff Northstar Marine, Inc. ("Northstar"), on a motion for default judgment barring any potential claimants who failed to respond in accordance with the Court's October 3, 2013 Order; it appearing that in that Order, this Court directed Northstar to send notices to all persons who have claims against Northstar for loss, damage or injury arising from an incident involving a vessel on navigable waters; it appearing that pursuant to the Order, in addition to sending notices to all known potential claimants, Northstar arranged publication of the notice in the Asbury Park Press; it appearing that to date, claims have been filed by Estate of Nicole McQuade, Komatsu America Co., and Lemac Corp.; it appearing that, the time period for any potential claimants to submit their claim has elapsed, and therefore, the Court finds that default judgment against any potential claimants who have not filed claims is

appropriate; accordingly, the Court having considered Northstar's motion for default judgment and no opposition having been filed, pursuant to Fed. R. Civ. P. 78, for the reasons set forth herein, and for good cause shown,

**IT IS** on this 7th day of March, 2014,

**ORDERED** that Northstar's motion for default judgment against any potential claimants who have not timely filed a claim pursuant to this Court's October 3, 2013 Order, is **GRANTED.**

**SO ORDERED.**

/s/   Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge